

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of W.C.R., a Child

No. 06-16-00028-CV

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 81,870). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellants pay all costs of this appeal.

RENDERED AUGUST 5, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk